UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 23-7487-CBM(JPRx) |
| Date | April 19, 2024 |
| Title | *Guangzhou Haoshi Trading Co., Ltd. v. Dbest Products, Inc.* |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE PROOF OF SERVICE FOR CORPORATE DEFENDANT AND SERVE COMPLAINT UPON INDIVIDUAL DEFENDANT AND FOR AN ORDER PERMITTING SERVICE BY PUBLICATION (14)**

The matter before the Court is Plaintiff Guangzhou Haoshi Trading Co., Ltd's ("Plaintiff") Application for Extension of Time to File Proof of Service for Corporate Defendant and Serve Complaint Upon Individual Defendant and for an Order Permitting Service by Publication. (Dkt. No. 14 (the "Application").)  Plaintiff's request for additional time to file a proof of service and serve the Complaint on Richard Elden is **GRANTED**. Plaintiff's Application is otherwise **DENIED**.  Plaintiff shall file a proof of service of the summons and complaint on the defendants no later than May 3, 2024.

**IT IS SO ORDERED.**