1 | Lisbeth B. Merrill, CB# 201822
**INTELINK LAW GROUP, PC**
2 | 23 Corporate Plaza Dr., Suite 150
Newport Beach, California 92660
3 | Telephone: (949) 401-7220
Facsimile: (949) 800-6006
4 | lmerrill@intelinklaw.com

5 | Michael B. Marion (*pro hac vice forthcomming*)
**INTELINK LAW GROUP, PC**
6 | 2375 E. Camelback Rd., Suite 600
Phoenix, Arizona 85016
7 | Telephone: (866) 786-4036
mmarion@intelinklaw.com
8 | *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guangzhou Haoshi Trading Co., Ltd., a Chinese corporation, | Case No. 23-CV-07487-CBM(JPRx) |
| Plaintiff, | **ORDER ALLOWING SERVCE BY EMAIL UPON RICHARD ELDEN [20]** |
| v. | |
| Dbest Products, Inc., a California Corporation; Richard Elden and Unknown Elden, a married couple, | |
| Defendants. | |

WHEREAS it appears that Plaintiff Guangzhou Haoshi Trading Co., Ltd. (hereinafter "Plaintiff") has exercised reasonably diligence to notify Richard Elden by service of the summons and complaint in this action and that through his counsel he is aware of the action, but is evading service, and

WHEREAS the Court finds that service by email is the best method to notify Richard Elden of this lawsuit and order and to afford him an opportunity to respond to the lawsuit;

`

ORDER ALLOWING SERVCE BY EMAIL UPON RICHARD ELDEN`

1  IT IS SO ORDERED that the Richard Elden may be served with the summons and
2  complaint by email at his company's address, info@dbestproducts.net, and his attorney's
3  address, esamuel@orbitip.com. Mr. Elden shall have 30 days from the in which such emails
4  are sent to respond to the complaint and before Plaintiff is required to take a default against
5  Mr. Elden.

Dated: MAY 2, 2024

_____
The Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE