# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGZHOU HAOSHI TRADING CO., Ltd.,<br><br>　　　Plaintiff,<br><br>v.<br><br>DBEST PRODUCTS, INC., a California Corporation; RICHARD ELDEN and UNKNOWN ELDEN, a married couple, ,<br><br>　　　Defendants. | Case No.: 2:23-cv-07487-CBM-JPR<br><br>**DBEST'S [PROPOSED] ORDER GRANTING DBEST'S MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11 , 28 U.S.C § 1927 AND THE COURT'S INHERENT POWER**<br><br>JUDGE: CONSUELO B. MARSHALL<br>COURTROOM: 8D<br>DATE: JUNE 25, 2023<br>TIME: 10:00 a.m. |

Defendant dbest products, Inc.'s ("dbest") motion for sanctions under Fed. R. Civ. P. 11, 28 U.S.C. § 1927 and the court's inherent power, came on for hearing on June 18, 2024. Having considered the moving papers, the supporting declarations, Plaintiff's Opposition brief, the Defendant's Reply, the Complaint and the arguments of counsel at the hearing, the Court finds that there is good cause that the motion be, and hereby is, **GRANTED**.

Counsel for dbest shall file by _____[Date] an application for fees and a declaration signed under penalty of perjury setting forth the attorney hours, tasks, and hourly rates for the preparation of: (i) the January 16, 2024 Rule 11 warning letter; (ii) dbest's Motion to Dismiss Complaint Under Rule 12(b)(1) and Rule 12(b)(6); and (iii) dbest's Motion for Sanctions Under Fed. R. Civ. P. 11, 28 U.S.C. § 1927 and the court's inherent power.

IT IS SO ORDERED.

Dated: _____, 2024  _____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE